UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| DORA MORENO RAMOS §<br>　　Plaintiffs, §<br>§<br>vs. §<br>§<br>STATE AUTO INSURANCE COMPANIES §<br>　　Defendant. § | 5:15-cv-00149<br>Civil Action Number |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Dora Moreno Ramos, Plaintiff in the above-entitled and numbered cause, and states to the Court that the Parties have come to a resolution and Plaintiff moves this Court to dismiss this cause against Defendant, State Auto Insurance Companies with prejudice at the cost of the party incurring the same.

Respectfully submitted,

_/s/ Brandon D. Morris_
Brandon D. Morris
State Bar No. 24092860
Arguello, Hope & Associates, P.L.L.C.
1110 NASA Parkway, Suite 620
Houston, Texas 77058
Telephone: (281) 532-5529
Facsimile: (281) 402-3534
E-mail: brandon@simplyjustice.com

**ATTORNEYS FOR PLAINTIFFS**

/s/ *Alicia Murphy*
Sterling Elza
Attorney-In-Charge
State Bar No. 24026823
Southern District of Texas Bar No. 1043963
Alicia Murphy
State Bar No. 24095005
Southern District of Texas Bar No. 2717568
306 West 7th Street, Suite 200
Fort Worth, Texas 76102-4905
Telephone: (817) 332-1391
Facsimile: (817) 870-2427
Email: selza@browndean.com
amurphy@browndean.com

**ATTORNEY FOR DEFENDANT,
STATE AUTO INSURANCE
COMPANIES**

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 9th day of November, 2015, a true and correct copy of the above and foregoing instrument was forward to all parties by and through their respective attorneys of record and the original was promptly filed with the District Clerk's office of this division.

Brandon D. Morris