Case 5:15-cv-00149   Document 8   Filed in TXSD on 11/16/15   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 16, 2015
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| DORA MORENO RAMOS<br>Plaintiffs, | § § § | |
| vs. | § § § | 5:15-cv-00149<br>Civil Action Number |
| STATE AUTO INSURANCE COMPANIES<br>Defendant. | § § § | |

## ORDER FOR DISMISSAL WITH PREJUDICE

ON this the 16th day of November, 2015, came on to be heard the above and foregoing Agreed Motion of Dismissal with Prejudice, and the Court having considered said Motion, and being of the opinion that the same should be granted; It is accordingly,

ORDERED, ADJUDGED and DECREED by the Court that Plaintiff Dora Moreno Ramos' claims and causes of action against Defendant, State Auto Insurance Companies, be, and the same are hereby dismissed, with prejudice and at the cost of party incurring same.

SIGNED this 16th day of November, 2015.

_____
Judge Presiding

**Diana Saldaña**