UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

### ADR MEMORANDUM TO CLERK OF COURT

# DORA MORENO RAMOS

Plaintiff(s),

v.

STATE AUTO INSURANCE COMPANIES

Defendant(s).

DIVISION: _____

CIVIL ACTION NO. 5:15-cv-00149

**ADR METHOD:**   Mediation ☑   Arbitration ☐
                  Mini-trial ☐   Summary Jury Trial ☐

**TYPE OF CASE:** Breach of insurance contract.

Please check one of the following:

The case referred to ADR:   **Settled** ☑   or   **Did Not Settle** ☐

Total fees and expenses paid by the parties: $ 1,200.00.

If no fees or expenses were charged, please check one of the following:

No ADR was necessary because case settled before the ADR Session   ☐

By an Order of the Court                                              ☐

By an Agreement with the parties                                      ☐

Please list names, addresses and telephone numbers of all parties and all counsel of record:
*(Use second sheet if necessary.)*

Date: 12/1/15

ADR Provider No.: _____
Printed Name: Gil P. Peralez
Signature: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| DORA MORENO RAMOS<br>*Plaintiff* | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. 5:15-cv-00149 |
| STATE AUTO INSURANCE COMPANIES<br>*Defendant* | §<br>§<br>§ | |

**PROFILE**

Brandon D. Morris
**ATTORNEY AT LAW**
1110 NASA Parkway, Suite 620
Houston, Texas 77058
281-532-5229
281-402-3534 fax
*Attorney for Plaintiff Dora Moreno Ramos*

Sterling Elza
**BROWN, DEAN, WSEMAN, PROCTOR,
HART & HOWELL**
306 West 7th Street, Suite 200
Fort Worth, Texas 76102-4905
817-332-1391
817-870-2427 fax
*Attorney for Defendant State Auto Insurance Companies*

1